## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

LEON CARTER BUGG                                                    PLAINTIFF

V.                                                      NO. 4:13CV151-MPM-JMV

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY                    DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and

Recommendations of the United States Magistrate Judge dated March 24, 2016, was on that date

duly served upon the parties; that more than fourteen days have elapsed since service of said Report

and Recommendations; and that no objection thereto has been filed or served by any party. The

Court is of the opinion that the magistrate judge's Report and Recommendations should be approved

and adopted as the opinion of the Court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated

March 24, 2016, is hereby approved and adopted as the opinion of the Court.

2. That Plaintiff's Motion [7] for Attorney Fees is DENIED.

**THIS**, the 13th day of April, 2016.


**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**