**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LEON CARTER BUGG**                                                                 **PLAINTIFF**

**V.**                                                                 **NO. 4:13CV151-M-V**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF SOCIAL SECURITY**                             **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated July 19, 2016, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party.   The Court is of the opinion that the Magistrate Judge's Report and Recommendations should be approved and adopted as the opinion of the Court.   It is, therefore,

**ORDERED:**

1.   That the Report and Recommendations of the United States Magistrate Judge dated July 19, 2016 is hereby approved and adopted as the opinion of the Court.

2.   That this action is hereby DISMISSED pursuant to FED.R.CIV.P. 25(a).

**THIS**, the 16th day of August, 2016.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**